THE PEOPLE OF THE STATE OF NEW YORK ex rel. RALPH HALL, Appellant, v DAVID ROCK, as Superintendent of Great Meadow Correctional Facility, Respondent.

Decided May 11, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.